**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MIGUEL RAMIREZ, et al., | ) | 3:02-cv-00469-HDM-VPC |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| KENNY GUINN, et al., | ) | |
| Defendants. | ) | |

On January 13, 2017, plaintiff Miguel Ramirez filed a request for a copy of the court's order and/or the magistrate judge's report and recommendation granting him declaratory judgment in the amount of $1, along with a copy of the docket sheet in this action (ECF No. 253). Accordingly, the clerk of the court shall send to plaintiff Miguel Ramirez a copy of the magistrate judge's report and recommendation dated July 6, 2005 (ECF No. 174), the minutes of the court dated August 17, 2005 (ECF No. 204), a copy of the court's order and judgment dated June 29, 2006 (ECF No. 237),[1] and a copy of the docket sheet for this action.

IT IS SO ORDERED.

DATED: This 17th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[1] This document appears on the docket twice, at ECF No. 237 and ECF No. 238.

1